# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,                                Case 3:21-cr-70

-vs-                                            Magistrate Judge Silvain

John Varro,

        Defendant.

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Theft of Government Property, in violation of Title 18 of the United States Code (U.S.C.), Section 641, made in Count 1 of the Information, is hereby AMENDED to charge Unauthorized Use of Property, a 4th Degree Misdemeanor violation of O.R.C., Section 2913.04 and 18 U.S.C., Sections 7 and 13.

IT IS SO ORDERED.

Date: 11/17/21

                                                       Peter B. Silvain, Jr.
                                                       United States Magistrate Judge

Assistant United States Attorney